MATTHEW A. HODEL (SB# 93962)
mhodel@hbwllp.com
FRED L. WILKS (SB# 205403)
fwilks@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

BRANDON LAM (SB# 242136)
brandon.lam@sunrider.com
THE SUNRIDER CORPORATION
1625 Abalone Avenue
Torrance, California 90501
Telephone: (310) 222-9118
Facsimile: (310) 222-9275

Attorneys for Plaintiffs
THE SUNRIDER CORPORATION, SUNRIDER
TAIWAN, INC. and SUNRIDER
MANUFACTURING, L.P.

And for Counter-Defendants
THE SUNRIDER CORPORATION and TEI FU
CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUNRIDER CORPORATION, dba SUNRIDER INTERNATIONAL, a Utah corporation, SUNRIDER TAIWAN, INC., a Delaware corporation, and SUNRIDER MANUFACTURING, L.P., a California limited partnership,<br><br>             Plaintiffs,<br><br>   vs.<br><br>BOUNTIFUL BIOTECH CORP., a California corporation, BOUNTIFUL NATURAL HEALING, INC., a California corporation, KING SHOP INTERNATIONAL, INC., a California corporation, STEVE S. LEE, an individual, SHUN SHENG CHEN aka SAM CHEN, an individual, BOUNTIFUL HEALTHCARE TECHNOLOGY CORP., business form | CASE NO.: SACV 08-1339 DOC (AJWx)<br><br>**STIPULATED JUDGMENT FOR INJUNCTIVE RELIEF AND RETENTION OF JURISDICTION TO ENFORCE SAME; PARTIAL DISMISSAL OF CLAIMS**<br><br>Complaint filed: November 24, 2008 |

43278

1    unknown, and DOES 1 Through 10,
     inclusive,

2
                    Defendants.
3

4    AND RELATED COUNTERCLAIMS.

5

6

7            Pursuant to the settlement agreement between Plaintiffs THE SUNRIDER

8    CORPORATION, dba SUNRIDER INTERNATIONAL, SUNRIDER TAIWAN,

9    INC., and SUNRIDER MANUFACTURING, L.P., on the one hand, and defendant

10   STEVE S. LEE ("Lee"), on the other hand, the Court hereby orders that the

11   following final judgment be entered in this action:

12

13           1.      Lee shall be, and is hereby, permanently enjoined from engaging in,

14   and therefore shall permanently cease participation in any capacity in any business

15   venture or organization owned or substantially controlled or operated, directly or

16   indirectly, by Bountiful Healthcare Technology Corporation ("BHTC") or any other

17   defendant in the Action anywhere in the world, and shall permanently cease any

18   and all direct or indirect efforts to recruit or solicit any Sunrider distributor (defined

19   to include Sunrider's Independent Business Owners (IBOs), Authorized Business

20   Owners (ABOs), Potential ABOs, customers, and consumers who were or have

21   become affiliated with Sunrider on or after November 18, 2008) or employees to

22   join or participate in any capacity in any business venture or organization owned or

23   substantially controlled or operated, directly or indirectly, by BHTC or any other

24   defendant in the Action anywhere in the world.  Lee is also ordered to publish and

25   enforce rules for his employees, agents, affiliates and any other person or entity

26   directly or indirectly under his control forbidding them from engaging in this same

27   conduct.

28

43278

3.    Lee is permanently enjoined from engaging in, directly or indirectly, the manufacture, formulation, advertising, licensing, shipping, distribution, or sales, anywhere in the world, of any products in any language that:

a.    Infringe on Sunrider's intellectual property rights, including by way of example but without limitation,  rights with respect to those products bearing the Sunrider name or logo, or a similar logo or name, and products with the names the same as or substantially similar to LIVESTREAM, HERBAL NUTRIPLUS, TOPBRAIN, VITALITGENE, METAPOWER, or HOMEGREEN/HEMOGREEN; or,

b.    Were or are developed, designed or created, in whole or in part, by Lee during the time of his employment with Sunrider or with the use of Sunrider resources, including by way of example but without limitation, products with the current or former names the same as or substantially similar to BOUNTIGREEN, HEMOGREEN/HOMEGREEN, METAPOWER, OUTERFORCE, INNERFORCE, TOTAL BEAUTY, VIGOROUS, HERBAL NUTRIPLUS, HERBAL NUTRIBALANCE, DETOX SLIM FORMULA, FRUIT AND VEGETABLE WASH, LIVESPRING, CLARITY BEVERAGE, TOTAL BEAUTY, LIVE INTAKE, LIVE AIR, LIVESTREAM, LIVE DEFENSE, LIVE FORCE, OUTER FORCE, GLUCOTONE, MEN'S FORTUNE, TOP BRAIN, or BIOKAL/BIOCAL; or,

c.    Are the same as or substantially similar in name, ingredients or formulation to Sunrider products, including by way of example but without limitation, products known as HERBAL NUTRIPLUS (comparable to Sunrider's NUPLUS®), HERBAL NUTRIBALANCE (comparable to

43278

2

Sunrider's NUPLUS®), TOTAL BEAUTY (comparable to Sunrider's BEAUTY PEARL™), FRUIT AND VEGETABLE WASH (comparable to Sunrider's FRUIT AND VEGETABLE RINSE), HEMOGREEN and/or HOMEGREEN (comparable to Sunrider's EVERGREEN®), MEN'S FORTUNE (comparable to Sunrider's DR. CHEN'S™ MENS FORMULA™), CLARITY BEVERAGE (comparable to Sunrider's FORTUNE DELIGHT®), BIOKAL and/or BIOCAL (comparable to Sunrider's HERB CAL® TAB), TOPBRAIN (comparable to Sunrider's TOP®, JOI®, and ESE®), LIVESTREAM (comparable to Sunrider's LIFESTREAM®), or SUPERCLEAN (comparable to Sunrider's SUPERCLEAN™).

4.    Lee is permanently enjoined from engaging in, directly or indirectly, anywhere in the world and regardless of the medium, the infringement of Sunrider's copyrighted works, including by way of example but without limitation, the works reproduced in Exhibit 1of the Second Amended Complaint in this Action.

5.    The words "indirect" or "indirectly" as used in this injunction shall include actions taken by persons or entities who are both: (1) directors, officers, employees, agents, distributors, or representatives of Lee, or of any entity he substantially controls or owns; (2), and who act under his supervision or control. Lee is hereby ordered to give all such persons and entities prompt notice of this injunction.  All such persons and entities are hereby enjoined from the acts described above when they act under Lee's supervision or control.

/ / /

/ / /

43278

3

1    6.      All other claims of Sunrider against Lee only are hereby dismissed; however,

2    the court hereby retains jurisdiction for the purposes of enforcing this injunction

3    against Lee and others.

4

5        7.      The clerk is ordered to enter this Judgment forthwith.

6

7    IT IS SO ORDERED.

8

9    Dated: June 16, 2010        _____

10                                    Hon. DAVID O. CARTER

11                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

43278

4