MATTHEW A. HODEL (SB# 93962)
mhodel@hbwllp.com
FRED L. WILKS (SB# 205403)
fwilks@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

BRANDON LAM (SB# 242136)
brandon.lam@sunrider.com
THE SUNRIDER CORPORATION
1625 Abalone Avenue
Torrance, California 90501
Telephone: (310) 222-9118
Facsimile: (310) 222-9275

Attorneys for Plaintiffs
THE SUNRIDER CORPORATION, SUNRIDER TAIWAN, INC. and SUNRIDER MANUFACTURING, L.P.

And for Counter-Defendants
THE SUNRIDER CORPORATION and TEI FU CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUNRIDER CORPORATION, dba SUNRIDER INTERNATIONAL, a Utah corporation, SUNRIDER TAIWAN, INC., a Delaware corporation, and SUNRIDER MANUFACTURING, L.P., a California limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>BOUNTIFUL BIOTECH CORP., a California corporation, BOUNTIFUL NATURAL HEALING, INC., a California corporation, KING SHOP INTERNATIONAL, INC., a California corporation, STEVE S. LEE, an individual, SHUN SHENG CHEN aka SAM CHEN, an individual, BOUNTIFUL HEALTHCARE TECHNOLOGY CORP., business form | CASE NO.: SACV 08-1339 DOC (AJWx)<br><br>[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANTS BOUNTIFUL HEALTHCARE TECHNOLOGY CORP. AND SHUN SHENG CHEN aka SAM CHEN<br><br>Complaint filed: November 24, 2008 |

49403

| | |
|---|---|
| unknown, and DOES 1 Through 10, inclusive, | |
| Defendants. | |

AND RELATED COUNTERCLAIMS.

///

49403

[PROPOSED] JUDGMENT AGAINST BOUNTIFUL HEALTHCARE TECHNOLOGY CORP. AND SAM CHEN

Having considered the Application for Default Judgment Against Defendant Bountiful Healthcare Technology Corp. and Shun Sheng Chen aka Sam Chen submitted by plaintiffs The Sunrider Corporation, dba Sunrider International, Sunrider Taiwan, Inc., and Sunrider Manufacturing, L.P. ("Plaintiffs"), and default having been entered against defendants Shun Sheng Chen ("Chen") and Bountiful Healthcare Technology Corp. ("BHTC"), the court hereby enters judgment against Chen and BHTC in the amount of $1,527,581.30 as follows:

1. Chen and BHTC shall be jointly and severally liable for compensatory damages in the amount of $656,053.00, reflecting Plaintiffs' damages resulting from their trademark infringement, false designation of origin, dilution, misappropriation of trade secrets, unfair competition, defamation, trade disparagement, tortious interference with contract and tortious interference with prospective economic advantage.

2. Chen and BHTC shall be liable for Plaintiffs' reasonable attorneys' fees in the amount of $ 271,528.30, for fees incurred in connection with Plaintiffs' claims for trademark infringement, copyright infringement and misappropriation of trade secrets.

3. Chen and BHTC shall be jointly and severally liable for punitive damages awarded to Plaintiffs in the amount of $600,000.00.

In addition to the foregoing, Chen shall be liable to Plaintiffs for statutory copyright damages in the amount of $15,000.00.

IT IS SO ORDERED.

Dated: March 29, 2011

_David O. Carter_
JUDGE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

49403